UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JONATHAN MITCHELL<br>   Plaintiff, | ]<br>]<br>] |
| v. | ]    No. 1:12-0155<br>]    JUDGE HAYNES |
| MAURY COUNTY JAIL<br>   Defendant. | ]<br>] |

## O R D E R

Plaintiff, Jonathan Mitchell, an inmate at the Maury County Jail in Columbia, Tennessee, filed this *pro se* action under 42 U.S.C. § 1983 and also filed an application to proceed *in forma pauperis* (Docket Entry No. 2).

A prisoner seeking pauper status must include "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" along with his application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(2). Unfortunately, the Plaintiff has neglected to provide such a statement.

Accordingly, the Plaintiff is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the full filing fee or submit the aforementioned certified statement from the custodian of his inmate trust account.

The Plaintiff is forewarned that, should he fail to timely comply with the instructions of the Court, his application to proceed *in forma pauperis* will be denied, the filing fee of three hundred fifty dollars ($350) will be assessed against him and collected from his inmate trust account, and this

action will be dismissed for failure to comply with the instructions of the Court and for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 605 (6th Cir.1997); Rule 41(b), Fed. R. Civ. P.

It is so **ORDERED**.

**ENTERED** this the 16t day of November, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief District Judge